IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **RAINBOW INTERNATIONAL, LLC** § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 6:17-cv-104 |
| § | |
| **JEANNOT GROUP, LLC, WETZER** § | |
| **JEANNOT, and MELISSAN JEANOT** § | |
| *Defendants.* § | |

## DEFENDANTS' NOTICE OF REMOVAL

NOW COME the JEANNOT GROUP, LLC, WETZER JEANNOT, and MELISSAN WETZER, Defendants herein, and file this Notice of Removal, removing this case to federal court under 28 U.S.C. §§ 1332 and 1441(a), and in support there of, would show as follows:

### I.

### Introduction

1. Plaintiff is RAINBOW INTERNATIONAL, LLC (hereinafter "Rainbow"). The Defendants are the JEANNOT GROUP, LLC, WETZER JEANNOT, and MELISSAN WETZER (hereinafter the "Jeannot Defendants").

2. This suit is based on Rainbow's allegations that the Jeannot Defendants breached the terms of the franchise agreement they signed with Rainbow, misappropriated Rainbow's confidential trade secrets, converted Rainbow's personal property, and tortiously interfered with at least some of Rainbow's ongoing business relationships.

3. Plaintiff filed this suit in the 74th Judicial District, McLennan County, Texas, regarding the above described claims.

### II.

**Basis for Removal**

4. Removal is proper under 28 U.S.C. §§ 1332 because the amount in controversy exceeds the sum of $75,000, exclusive of interest and cost and there is complete diversity of citizenship amongst the parties.

5. Plaintiff is a Texas limited liability company and a resident of McLennan County, Texas.

6. The JEANNOT GROUP, LLC, is a New York limited liability company and a resident of the State of New York.

7. WETZER JEANNOT and MELISSAN JEANNOT are individuals residing in the State of New York.

8. In Paragraph 7 of Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction, Plaintiff states that it is seeking, "in excess of $1,000,000 in monetary damages."

9. This removal is timely, in that it is filed before the removing Defendant's being served with a pleading stating a removable case and thus certainly is in compliance with the time required removal within thirty (30) days after service. *Badon v. R J R Nabisco, Inc.*, 224 F.3d 382, 390 n.12 (5th Cir. 2000) (citing *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344 (1999)).

10. Copies of all pleadings, process, orders, and other filings served upon the Jeannot Defendants in the state-court suit are attached to this notice as Exhibit A as required by 28 U.S.C. §1446(a).

11. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending, the 74th Judicial District Court, McLennan County, Texas, is located in this district.

12. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### III.

### Conclusion

13. There is diversity jurisdiction over Plaintiff's claims, making removal of this case proper and Defendant hereby removes this case to this Court.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
P. O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
Fax (254) 754-6331

_____
ROBERT LITTLE
State Bar No. 24050940
little@namanhowell.com
JORDAN A. MAYFIELD
State Bar No. 24037051
mayfield@namanhowell.com

ATTORNEYS FOR DEFENDANTS
JEANNOT GROUP, LLC, WETZER
JEANNOT, and MELISSAN JEANNOT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon Plaintiff's attorney of record by electronic delivery on this 18th day of April, 2017.

Jim Dunnam
DUNNAM & DUNNAM, LLP
4125 West Waco Drive
Waco, Texas 76714-8418
jimdunnam@dunnamlaw.com

_____
Robert Little